[Caption as in Form 416A, 416B, or 416D, as appropriate]

# NOTICE OF APPEAL AND STATEMENT OF ELECTION

## Part 1: Identify the appellant(s)

1. Name(s) of appellant(s): Tedenekilsh Zerhioun

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   For appeals in an adversary proceeding.
   ☐ Plaintiff
   ☑ Defendant
   ☐ Other (describe) _____

   For appeals in a bankruptcy case and not in an adversary proceeding.
   ☑ Debtor
   ☐ Creditor
   ☐ Trustee
   ☐ Other (describe) _____

## Part 2: Identify the subject of this appeal

1. Describe the judgment, order, or decree appealed from: Case # 15-43498

2. State the date on which the judgment, order, or decree was entered: 7/27/16

## Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: _____ Attorney: Sequoyah Highl Homeowner Association

2. Party: _____ Attorney: _____

```
Case # : 15-43498-WJLAP
Debtor.: TEDENEKILSH D ZERHIOUN
Judge..: WILLIAM LAFFERTY
Trustee: MARTHA BRONITSKY
Chapter: AP
-----------------------------------
Filed  : August 10, 2016  14:33:54
Deputy : TW
Receipt: 40098214
Amount : $298.00
-----------------------------------
RELIEF ORDERED
Clerk, U.S. Bankruptcy Court
Northern District Of California
```

## Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☒ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

## Part 5: Sign below

_____
Signature of attorney for appellant(s) (or appellant(s) if not represented by an attorney)

Date: 8/10/16

Name, address, and telephone number of attorney (or appellant(s) if not represented by an attorney):
Tedenekialsh Zerhioun
404 Lake Park Ave #516
Oakland CA — 94610
510 449-3816

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

Jordan M. O'Brien (CA SBN 269193)
ANGIUS & TERRY LLP
1990 N. California Blvd., Suite 950
P. O. Box 8077
Walnut Creek, CA 94596
Telephone: 925.939.9933
Facsimile: 925.939.9934

Attorneys for Secured Creditor
SEQUOYAH HEIGHTS
HOMEOWNERS' ASSOCIATION

The following constitutes the order of the court.
Signed July 28, 2016

William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In Re:

Tedenekilsh D. Zerhioun

Debtor.

Chapter 13

Case No. 15-43498
Motion Control No. AT-01

**ORDER CONFIRMING TERMINATION OF THE AUTOMATIC STAY**

Time:     9:30 a.m.
Date:     July 27, 2016
Location: U.S. Bankruptcy Court
          1300 Clay Street
          Courtroom 220
          Oakland, CA 94612
Judge:    Hon. William J. Lafferty

A Motion for Order Confirming Termination of the Automatic Stay (the "Motion") was noticed within the matter and filed by Sequoyah Heights Homeowners' Association ("Secured Creditor"). The continued hearing on the Motion was held on July 27, 2016 before the Honorable William J. Lafferty, United States Bankruptcy Judge.

Good cause appearing,

IT IS HEREBY ORDERED:

1. In accordance with the Court's determination on the record during the hearing,

-1-

with regard to the real property commonly known as 21 Thousand Oaks Street, Oakland CA 94605 ("the Property") the automatic stay imposed by 11 U.S.C. Section 362 is hereby confirmed to have terminated for all purposes including without limitation to permit Secured Creditor to exercise its rights to possession of the Property by virtue of its prior foreclosure upon the Property, including but not limited to initiating unlawful detainer proceedings against Debtor and/or any current occupant(s) to recover possession of the Property.

2. In the event this case is converted to another Chapter of the Bankruptcy Code, the relief afforded by this order shall not be affected.

3. Secured Creditor may file an amended Proof of Claim to reflect the $850 attorney fees and costs associated with bringing its motion.

4. The fourteen (14) day stay imposed by Bankruptcy Rule 4001(a)(1) is hereby waived.

*END OF ORDER*

-2-

ORDER CONFIRMING TERMINATION OF THE AUTOMATIC STAY

Case: 15-43498    Doc# 99    Filed: 07/28/16    Entered: 07/28/16 15:23:48    Page 2 of 3
Case: 15-43498    Doc# 106   Filed: 08/10/16    Entered: 08/15/16 12:32:17    Page 4 of 6

**COURT SERVICE LIST**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ANGIUS & TERRY LLP
P.O. Box 8077
Walnut Creek, CA 94596

-3-

ORDER CONFIRMING TERMINATION OF THE AUTOMATIC STAY

# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971-4 | User: dpassador | Date Created: 7/28/2016 |
| Case: 15-43498 | Form ID: pdfeoc | Total: 14 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | Office of the U.S. Trustee/Oak | USTPRegion17.OA.ECF@usdoj.gov |
| tr | Martha G. Bronitsky | 13trustee@oak13.com |
| aty | Jennifer C. Wong | bknotice@mccarthyholthus.com |
| aty | Jordan M. O'Brien | jobrien@angius-terry.com |
| aty | Marc Voisenat | voisenatecf@gmail.com |
| aty | Merdaud Jafarnia | Bknotice@mccarthyholthus.com |

TOTAL: 6

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Tedenekilsh D Zerhioun | 21 Thousand Oaks Street    Oakland, CA 94605-4618 |
| cr | U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the Washington Mutual Mortgage Pass-Through Certificates, WMAL    c/o McCarthy & Holthus, LLP    1770 Fourth Avenue    San Diego, CA 92101 | |
| cr | Sequoyah Heights HOA    Angius & Terry LLP    1990 N. California Blvd.    Suite 950    P.O. Box 8077    Walnut Creek, CA 94596 | |
| 14187022 | Bank of America    4161 Piedmont Pkwy    Greensboro, NC 27410 | |
| 14234855 | PNC Mortgage    P.O. Box 1820    Dayton, OH 45401 | |
| 14187023 | Select Portfolio Servicing, Inc.    P.O. Box 65277    Salt Lake City, UT 84165-0277 | |
| 14187024 | Sequoyah Heights HOA    C\O Angus & Terry    1990 N. California Blvd.    Suite 950    Walnut Creek, CA 94596 | |
| 14290031 | U.S. Bank NA, successor trustee    C/O Select Portfolio Servicing, Inc.    P.O. Box 65250    Salt Lake City, UT 84165-0250 | |

TOTAL: 8