**Entered on Docket**
**August 23, 2016**
**EDWARD J. EMMONS, CLERK**
**U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**




**The following constitutes the order of the court.**
**Signed August 23, 2016**

**William J. Lafferty, III**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>Tedenekilsh D. Zerhioun,<br><br>Debtor. | No. 15-43498<br><br>Chapter 13 |

**MEMORANDUM ON DEBTOR'S MOTION TO EXTEND TIME TO APPEAL**

On July 28, 2016, after a hearing on the matter, the Court entered the *Order Confirming the Termination of the Automatic Stay* (doc. 99). On August 10, 2016, Debtor timely filed a document titled *Notice of Appeal and Statement of Election* (doc. 106) (the "Notice"). On August 23, 2016, Debtor filed a document titled *Motion to Extend Time to Appeal* (doc. 110) (the "Motion"). Having reviewed the Motion, the Court is unclear what relief Debtor is seeking. Moreover, the timely Notice having been filed, the Court is uncertain whether it has jurisdiction to grant any relief under the circumstances. For those reasons, the Court will not enter an order on the Motion. The Debtor should either consult legal counsel concerning the appropriate court to which the Motion should be directed, or should further review the question to which court the Motion should be directed on her own.

***END OF MEMORANDUM***

**COURT SERVICE LIST**

**Tedenekilsh D Zerhioun**
484 Park Lake Ave. #516
Oakland, CA 94610